Dan COHEN, petitioner, Respondent,

v.

COWLES MEDIA COMPANY, d/b/a Minneapolis Star and Tribune Company, petitioner, Appellant (C8–88–2631), Defendant (C0–88–2672),

Northwest Publications, Inc., petitioner, Defendant (C8–88–2631), Appellant (C0–88–2672).

Nos. C8–88–2631, C0–88–2672.

Supreme Court of Minnesota.

March 17, 1992.

## ORDER ON PETITION FOR REHEARING

Petitioner-defendants Cowles Media Company and Northwest Publications have filed a petition for rehearing asking this court to consider whether plaintiff is entitled to pre- and post-judgment interest. We remand this issue to the trial court for its consideration, and, with respect to pre-judgment interest, we direct the trial court's attention to *Hodder v. Goodyear Tire & Rubber Co.*, 426 N.W.2d 826, 841 n. 17 (Minn.1988). Plaintiff Cohen's motion for Rule 11 sanctions and attorney fees in responding to the petition for rehearing is denied.